**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Mid America Petroleum Equipment, Inc. | )   CASE NO. 12-60777 |
| | ) |
| Debtor. | ) |

## AMENDED ORDER CONVERTING CASE TO CHAPTER 7

Upon consideration of the oral Motion of Debtor's counsel presented to the Court on July 19, 2012, to convert the above-captioned case under Chapter 11 to a case under Chapter 7 and, the Court considering previously presented evidence, this Court finds that this case is appropriate for conversion.  Additionally, certain protections for the secured creditor, The Bank of Missouri were advanced to this Court by its oral Motion for Expedited Hearing and Lift Stay (which is the subject of another Order of this Court from this same hearing date) and therefore, IT IS

ORDERED that this case be and hereby is converted to a case under Chapter 7 and the Office of the United States Trustee is directed to appoint a panel Trustee to perform its duties thereon, further, all depository accounts owned by the Debtor be and are hereby frozen until further Order of this Court, including all Debtor-In-Possession accounts and any other depository accounts of Mid America Petroleum Equipment, Inc. and further, that the Lift Stay/Modification of Stay Order entered as a result of presentation at said hearing on July 19, 2012 shall be and is considered preceding in time this Order of Conversion.

**Dated:** 7/23/2012                                           /s/Arthur B. Federman_____
                                                                           Honorable Arthur B. Federman
                                                                           United States Bankruptcy Judge

**COPIES MAILED TO:**

Mr. Paul H. Berens
Bradshaw, Steele, Cochrane & Berens, L.C.
Attorneys at Law
P.O. Box 1300
Cape Girardeau, MO 63702-1300
ATTORNEY FOR THE BANK OF MISSOURI

Ms. Angela D. Acree
Bankruptcy Clinic
1736 E. Sunshine, Ste. 401
Springfield, MO 65804
ATTORNEY FOR DEBTOR

Mr. Jerry L. Phillips
Office of the US Trustee
400 East 9th Street, Room 3440
Kansas City, MO 64106